1

HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT
                                    WESTERN DISTRICT OF WASHINGTON
9                                              AT TACOMA

10      ADVOCARE INTERNATIONAL, L.P., a
        Texas limited partnership,
11                                                          Case No. C008-5332RBL

12                     Plaintiff,
                                                            ORDER
13             v.

14      RICHARD PAUL SCHECKENBACH, et al.,

15                     Defendants.

16

17

18           THIS MATTER comes before the Court on Plaintiff's Motion to Dismiss Counterclaim of Defendants

19      Herbasia Corporation, Tai Brown and Kelli Bottolfson-Brown [Dkt. #89].  The Court has reviewed the

20
        materials filed for and against said motion and oral argument is not necessary to resolve the issue raised in
21
        this motion.  For the reasons stated below, plaintiff's motion is **DENIED**.  Because responding defendants
22

23      did not see fit to submit a proposed order denying the motion the Court has crafted its own order denying

24      what turns out to be a rather simple and straight-forward motion.

25
             In their Answer to the Complaint, Defendants Herbasia, Brown and Bottolfson-Brown assert a
26

27      counterclaim alleging that as to them "the complaint is not well-grounded in fact, it is interposed for an

28      improper purpose, and the 'Fourth Cause of Action' is not warranted by existing law or otherwise." (Answer,

Dkt. #62, para. 73).  Plaintiff seeks to have the Court dismiss this Counterclaim as failing to state a claim

upon which relief can be granted.  Rule 12(b)(6) of the Federal Rules of Civil Procedure provides for

dismissal of claims when the plaintiff can prove no set of facts entitling it to judgment on the claims plead.

Accepting the facts pled as time, the Court cannot now say that there is no relief available to counterclaim

plaintiffs for vexatious litigation that is pursued for an improper purpose.  Such litigation may give rise to

liability for abuse of the judicial process and other potential claims.  Although the burden to establish such

claims is quite high, the Court will not dismiss the counterclaim at this time.  Counterclaim plaintiffs

(Responding Defendants) have put plaintiff on notice that they will pursue the relief available to them should

this litigation prove to be pursued maliciously, without factual support and for an improper purpose.

Plaintiff's Motion [Dkt. #89] is **DENIED.**

    **IT IS SO ORDERED.**

    Dated this 17th day of April, 2009.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE