UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADVOCARE INTERNATIONAL, L.P., a Texas limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD PAUL SCHECKENBACH, individually and as part of the marital community; CAROL GILLETTE, individually and as part of the marital community; ILCERVELLO PROPERTIES, LLC, a Washington limited liability company; and RAVENSKY, LLC, a Washington limited liability company; TAI BROWN, individually and as part of the martial community; KELLI BOTTOLFSON-BROWN, individually and as part of the marital community; HERBASIA CORPORATION, a Washington corporation; ASCENTIAL BIOSCIENCE, LLC, a Washington limited liability company; R-SQUARED NUTRITION, INC., a Washington corporation; and BREAKTHROUGH NUTRITION, LLC, an Oregon limited liability company,<br><br>Defendants. | Case No. C08-5332 RBL<br><br>**ORDER REGARDING MOTION TO COMPEL DOCUMENTS FROM ROBERT O. SAILER**<br><br>**RE- NOTED ON MOTION CALENDAR: SEPTEMBER 4, 2009** |

On this date the Court considered Plaintiff's Motion for an Order compelling production of documents withheld by Robert O. Sailer as attorney-client privileged or work product.

1    After considering the evidence and authorities submitted by both parties, the Court finds that

2 reasonable cause suggests that Defendants consulted with Sailer in furtherance of fraudulent

3 transfer activities, thereby justifying the Court's *in camera* inspection of the documents

4 identified by Plaintiff. The Court further finds good cause to believe that the work-product

5 doctrine did not attach to any of the documents listed in the Privilege Log as protected solely

6 by the work product doctrine.

7

8      IT IS THEREFORE ORDERED, that not later than five business days from the date

9 of this Order Robert O. Sailer shall produce to the Court, under seal and for *in camera*

10 inspection those documents listed on pages 16-22 of the Kugler Declaration (Docket No.

11 161) which are marked with an asterisk.

12      SO ORDERED.

13 22nd September, 2009

14

15            UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26