UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADVOCARE INTERNATIONAL, L.P., a Texas limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD PAUL SCHECKENBACH, et al.,<br><br>Defendants. | Case No. C08-5332 RBL<br><br>ORDER DENYING BROWN DEFENDANTS' MOTION FOR RECONSIDERATION |

This matter is before the Court on the Brown Defendants' Motion for Reconsideration. [Dkt. #201]. The Court has reviewed and considered the Motion.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not Reconsider its prior ruling. [Dkt. #199].

It is ORDERED that Defendants' Motion for Reconsideration [Dkt. #201] is DENIED.

DATED this 18th day of November, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE