HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADVOCARE INTERNATIONAL, L.P., a
Texas limited partnership,

Plaintiff,

v.

RICHARD PAUL SCHECKENBACH, et al.,

Defendants.

Case No.  C08-5332 RBL

ORDER GRANTING PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY
JUDGMENT [Dkt. #288]

THIS MATTER comes before the Court on Plaintiff's Motion for Partial Summary Judgment [Dkt. #288].  Plaintiff AdvoCare moves this Court for summary judgment dismissal of three of Defendants' affirmative defenses.  The Court has reviewed the materials, and hereby **GRANTS** Plaintiff's Motion. The affirmative defenses [Nos. 12, 16, 17, in Dkt. #s 276, 277, 278] asserted by R-Squared Nutrition Inc., Breakthrough Nutrition, and Ascential Bioscience, LLC, relating to the Texas judgment being obtained by fraud and the adjudication of Scheckenbach's absence of fraud are **DISMISSED**.  The reasons for the Court's Order are outlined in its Order [Dkt. #307]  Granting Plaintiff's substantially identical Motion for Summary Judgment filed by a different subset of Defendants [Dkt. #275].  **IT IS SO ORDERED.**

DATED this 13th day of August, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE