Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADVOCARE INTERNATIONAL, L.P., a Texas limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD PAUL SCHECKENBACH, et al,<br><br>Defendants. | NO. C08-5332 RBL<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW BY MILLS MEYERS SWARTLING, ATTORNEYS FOR DEFENDANTS ASCENTIAL BIOSCIENCE, LLC AND CAROL GILLETTE |

This matter came on for hearing on the motion of Kasey D. Huebner, Bruce Winchell and the law firm of Mills Meyers Swartling, attorneys for defendants Ascential Bioscience, LLC ("Ascential") and Carol Gillette, for leave to withdraw their appearance in this matter pursuant to Local General Rule 2(g)(4).

The Court having reviewed the Motion for Leave to Withdraw by Mills Meyers Swartling, Attorneys for Defendants Ascential Bioscience, LLC and Carol Gillette; the

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW
 BY MILLS MEYERS SWARTLING, ATTORNEYS FOR
DEFENDANTS ASCENTIAL BIOSCIENCE LLC AND CAROL
GILLETTE - 1
 (NO. C08-5332-RBL)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Declaration of Kasey D. Huebner in Support of Motion for Leave to Withdraw by Mills Meyers Swartling, Attorneys for Defendants Ascential Bioscience, LLC and Carol Gillette; responses, if any; the reply, if any; and the records and files herein; and being fully advised, attorneys Bruce Winchell and Kasey D. Huebner and Mills Meyers Swartling's motion for leave to withdraw their appearance in this matter pursuant to Local General Rule 2(g)(4) is GRANTED.

Dated this 11th day of October, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

MILLS MEYERS SWARTLING
Attorneys for Ascential Bioscience, LLC
and Carol Gillette

By:   /s/Kasey D. Huebner
      Bruce A. Winchell, WSBA No.: 14582
      bwinchell@mms-seattle.com
      Kasey D. Huebner, WSBA No.: 32890
      khuebner@mms-seattle.com

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW BY MILLS MEYERS SWARTLING, ATTORNEYS FOR DEFENDANTS ASCENTIAL BIOSCIENCE LLC AND CAROL GILLETTE - 2
(NO. C08-5332-RBL)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343