UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADVOCARE INTERNATIONAL LP., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD PAUL SCHECKENBACH, et al., <br><br> Defendants. | CASE NO. C08-5332 RBL <br><br> MINUTE ORDER |

NOW on this 3rd day of December 2010, the Court directs the Clerk to enter the following Minute Order:

By Court Order the TRO is EXTENDED through Close of Business on December 10, 2010.

TRO is EXTINGUISHED as to Herbasia Corp. and Tai Brown and Kelli Bottolfson-Brown. Breakthrough Nutrition's Account XXXXX3585 at Pacific Continental Bank is unfrozen to the extent of $2300.00 that can be withdrawn, in cash, by Richard Scheckenbach.

The foregoing Minute Order entered by   Jean Boring  , Deputy Clerk, BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE.

Minute Order - 1