The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADVOCARE INTERNATIONAL, L.P., a Texas limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD PAUL SCHECKENBACH, Individually and as part of the marital community; *et al*.,<br><br>Defendants. | No. C08-5332 RBL<br><br><br>STIPULATED AMENDMENT TO PRELIMINARY INJUNCTION (Dkt #435) |

By the signatures of their counsel below, plaintiff AdvoCare International L.P. and the Scheckenbach defendants (Richard Scheckenbach, Carol Gillette, Ascential Bioscience LLC, Breakthrough Nutrition, Ilcervello Properties LLC, R-Squared Nutrition Inc., and RavenSky LLC) hereby stipulate and agree that the Preliminary Injunction entered by the Court on December 14, 2010 (Dkt #435) may be amended as set forth herein. The Preliminary Injunction, as amended by stipulation of those parties, shall remain in full force and effect pending conclusion of the trial in this matter, agreement of plaintiff and the Scheckenbach defendants, or further order of this Court.

Cause No. C08-5332 RBL
STIPULATED AMENDMENT TO PRELIMINARY
INJUNCTION  - 1

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600

1. Paragraph 3(A) of Dkt #435 is amended as follows:

    (1) Pacific Continental account #9913 (Carol Gillette) shall be removed from the list of accounts identified in paragraph 3(A) and shall remain frozen.

    (2) Richard Scheckenbach's Breakthrough Nutrition account with Pacific Continental (#3585) is one of the accounts identified in paragraph 3(A). RavenSky's account with KeyBank (#5850) shall be added to the list of accounts identified in paragraph 3(A) and both it and Breakthrough Nutrition's Pacific Continental account #3585 may be used to pay the combined $5000/month living expenses.  Neither Pacific Continental Bank nor KeyBank shall be obligated to monitor withdrawals from these accounts.

    (3) Within 10 business days following the end of each month plaintiff shall be provided with a sworn statement identifying the withdrawals (dates and amounts) from each account for the preceding month's living expense allowance. This requirement is in addition to the requirement to provide account statements pursuant to Paragarph 1(A).

2. Paragraph 3(C) of Dkt #435 is amended to reflect that the funds in Carol Gillette's ING account #4457 and Carol Gillette's KeyBank account #5924 may not be transferred to Breakthrough Nutrition's Pacific Continental account #3585 or RavenSky's KeyBank account #5850.  Carol Gillette's ING account #4457 and Carol Gillette's KeyBank account #5924 shall remain frozen.

3. Paragraph 7(A) of Dkt #435 is hereby amended to reflect that RavenSky's KeyBank account #5850 is unfrozen and Pacific Continental account #9913 (Carol

Cause No. C08-5332 RBL
STIPULATED AMENDMENT TO PRELIMINARY
INJUNCTION  - 2

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600

Gillette) is now frozen. All other accounts listed in Paragraph 7(A) remain frozen. Carol Gillette may not close KeyBank account #5924 or ING account #4457 or transfer all or any portion of the funds on deposit in those accounts to any person.

4. Paragraph 2(A)(3) of Dkt #435 is hereby amended to reflect that:

(1) Withdrawals from or surrenders of Richard Scheckenbach's and/or Carol Gillette's SEP-IRA retirement accounts with Prudential (Annuity #s 7734 and 7776) and/or their insurance policies (Northwestern Mutual Life Insurance #s 2701, 4191 and 6488) may be deposited into RavenSky's KeyBank account #5850 but such withdrawals or surrenders may be used only to pay attorneys' fees/costs and any associated taxes and living expenses. Any payments from RavenSky's KeyBank account #5850 for living expenses are subject to the limitations set forth in Paragraph 3(A) of Dkt #435.

(2) Neither Prudential nor Northwestern Mutual Life Insurance Company is obligated to monitor any withdrawals from or surrenders of any of the accounts described above.

(3) KeyBank is under no obligation to monitor any withdrawals or payments from RavenSky's account #5850.

5. The requirements set forth in Paragraph 2(A)(4) shall remain in effect.

6. By the close of the business day following entry of this Amended Preliminary Injunction, plaintiff shall provide a copy of this Amended Preliminary Injunction to Pacific Continental Bank, KeyBank, ING, Prudential and Northwestern Life Insurance Company and shall, contemporaneously therewith, provide a copy of the communication to the Scheckenbach defendants. The Scheckenbach defendants may

Cause No. C08-5332 RBL
STIPULATED AMENDMENT TO PRELIMINARY
INJUNCTION  - 3

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600

also provide a copy of this Amended Preliminary Injunction to those persons; if they do, they will, contemporaneously, provide a copy to plaintiff.

DATED this 23rd day of December, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Approved for Entry:

        Schwabe, Williamson & Wyatt, P.C
        David R. Ebel, WSBA #28853
        Alex I. Poust, WSBA #22660

        SCHEEF & STONE, LLP

        By:   */s/ C. Brenton Kugler*
                C. Brenton Kugler
                Texas State Bar No. 11756250

                Charlene C. Koonce
                Texas State Bar No. 11672850

        *ADMITTED PRO HAC VICE*

        *Attorneys for Plaintiff*
        *AdvoCare International, L.P*

        CUTLER NYLANDER & HAYTON PS

        By:   */s/ Philip E. Cutler*
                Philip E. Cutler, WSBA #5084

        *Attorneys for Defendants Sheckenbach, Gillette, Ascential Bioscience, Breakthrough Nutrition, Ilcervello Properties, RavenSky and R-Squared Nutrition*

Cause No. C08-5332 RBL
STIPULATED AMENDMENT TO PRELIMINARY
INJUNCTION - 4

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600