The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADVOCARE INTERNATIONAL, L.P., a Texas limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD PAUL SCHECKENBACH, Individually and as part of the marital community; *et al.*,<br><br>Defendants. | No. C08-5332 RBL<br><br>STIPULATION AND ORDER LIFTING AND RELEASING PRELIMINARY INJUNCTION |

## **STIPULATION**

Plaintiff AdvoCare International L.P. and the Scheckenbach Defendants (Richard Scheckenbach, Carol Gillette, Ascential Bioscience LLC, Breakthrough Nutrition, Ilcervello Properties LLC, R-Squared Nutrition Inc., and RavenSky LLC) hereby jointly request, stipulate and agree that the subjoined Order should be promptly entered by the Court.

Cause No. C08-5332 RBL
STIPULATION AND ORDER LIFTING AND
RELEASING PRELIMINARY INJUNCTION - 1

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600

DATED this 14th day of March, 2011.

*s/C. Brenton Kugler*
C. Brenton Kugler
Texas State Bar No. 11756250

Charlene C. Koonce
Texas State Bar No. 11672850

Of SCHEEF & STONE, LLP
*Attorneys for Plaintiff*
*AdvoCare International, L.P.*


*s/Philip E. Cutler*
Philip E. Cutler (WSBA #5084)
Email: philcutler@cnhlaw.com
Robert G. Nylander (WSBA #17264)
Email: rgnylander@cnhlaw.com
Of CUTLER NYLANDER & HAYTON, P.S.
*Attorneys for defendants Scheckenbach,*
*Gillette, Ascential, Breakthrough, Ilcervello,*
*RavenSky, and R-Squared*

## ORDER

This matter having come before the Court on the foregoing stipulation of Plaintiff and the Scheckenbach Defendants, it is hereby ordered that:

1. The Preliminary Injunction entered on December 14, 2010 (Dkt #435), as amended thereafter (*see* Dkt #s 442, 449 and 455), is lifted and released immediately and all parties governed by the injunction, as amended, are discharged from further compliance with its terms.

2. Furthermore, (a) all bank and financial institution accounts still frozen are immediately unfrozen and (b) the Scheckenbach Defendants are immediately

Cause No. C08-5332 RBL
STIPULATION AND ORDER LIFTING AND
RELEASING PRELIMINARY INJUNCTION  - 2

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600

released from all restrictions on the use of any assets or monies covered by the injunction, as amended.

3. The Scheckenbach Defendants are authorized to provide a copy of this Order, promptly following its entry to any bank or institution previously bound by the Preliminary Injunction, including without limitation: Ameritrade (Gillette, #1149), Frontier Bank (Scheckenbach, #6353), ING (Gillette, #4457), KeyBank (RavenSky, #5850; Ilcervello Properties, #4887); Gillette, #5924), Northwestern Mutual Insurance (Gillette #s 2701 and 4191; Scheckenbach #6488), Pacific Continental Bank (Breakthrough Nutrition, #3585; Gillette, #9913), Prudential (Scheckenbach, #7756; Gillette, #7734), Schwab (Scheckenbach #5755) and Wells Fargo Bank (Gillette, #s 3982 and 7777) and shall, contemporaneously therewith, provide a copy of the communication to plaintiff. Upon request of any bank or institution, or upon request of the Scheckenbach Defendants, plaintiff will promptly confirm to the bank or institution the entry of this Order to those persons, and contemporaneously, provide a copy of such communication to the Scheckenbach Defendants.

Dated this 14th day of March, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Cause No. C08-5332 RBL
STIPULATION AND ORDER LIFTING AND
RELEASING PRELIMINARY INJUNCTION - 3

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600

Approved for Entry:

        Schwabe Williamson & Wyatt, P.C/
        David R. Ebel, WSBA #28853
        Alex I. Poust, WSBA #22660


SCHEEF & STONE, LLP

By: *s/C. Brenton Kugler*
C. Brenton Kugler
Texas State Bar No. 11756250
Charlene C. Koonce
Texas State Bar No. 11672850
*Attorneys for Plaintiff*
*AdvoCare International, L.P.*


CUTLER NYLANDER & HAYTON, P.S.

By: *s/Philip E. Cutler*
Philip E. Cutler (WSBA #5084)
Email: philcutler@cnhlaw.com
Robert G. Nylander (WSBA #17264)
Email: rgnylander@cnhlaw.com
*Attorneys for defendants Scheckenbach,*
*Gillette, Ascential, Breakthrough, Ilcervello,*
*RavenSky, and R-Squared*

Cause No. C08-5332 RBL
STIPULATION AND ORDER LIFTING AND
RELEASING PRELIMINARY INJUNCTION  - 4

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600